UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CR219-0003

| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
|---|---|
| | ) |
| v. | ) 18 U.S.C. § 2252A(a)(2) |
| | ) Distribution of Child Pornography |
| VINCENT SANDERS | ) |
| | ) 18 U.S.C. § 2252A(a)(5)(B) |
| | ) Possession of Child Pornography |

PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:   **Distribution of Child Pornography**
18 U.S.C. § 2252(a)(5)(B)

- Imprisonment of not less than 5 years nor more than 20 years;
- Fine of not more than $250,000;
- Supervised Release Term of 5 years to life;
- $100 special assessment

Count 2:   **Possession of Child Pornography**
18 U.S.C. § 2252(a)(5)(B)

- Imprisonment of not more than 20 years;
- Fine of not more than $250,000;
- Supervised Release Term of 5 years to life;
- $100 special assessment

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
_____M
1-8         20 19
Deputy Clerk

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

_____
Marcela C. Mateo
Assistant United States Attorney

2