UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | SUPERSEDING INDICTMENT NO. |
| | ) | 2:19-cr-003 |
| v. | ) | |
| | ) | 18 U.S.C. § 2252A(a)(2) |
| VINCENT SANDERS | ) | Distribution of Child Pornography |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | Possession of Child Pornography |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(2) |
| | ) | Receipt of Child Pornography |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Counts 1 and 3:   Distribution and Receipt of Child Pornography
18 U.S.C. § 2252(a)(2)

- Imprisonment for not less than 5 years, and no more than 20 years;
- Fine of not more than $250,000;
- Supervised Release Term of at least 5 years and up to life;
- A mandatory $100 special assessment and a possible second special assessment under 18 U.S.C. §§ 3014 and/or 2259A; and
- Registration under the Sex Offender Registration and Notification Act.

4

Count 2:    Possession of Child Pornography
            18 U.S.C. § 2252(a)(5)(B)

- Imprisonment of not more than 20 years;
- Fine of not more than $250,000;
- Supervised Release Term of at least 5 years and up to life;
- A mandatory $100 special assessment and a possible second special assessment under 18 U.S.C. §§ 3014 and/or 2259A; and
- Registration under the Sex Offender Registration and Notification Act.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

_____
Marcela C. Mateo
Assistant United States Attorney

5