# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR219-3**  DATE **12/09/2019**
TITLE **USA v. Vincent Sanders**
TIMES **1:03 - 1:42**  TOTAL **39 Minutes**

Honorable: **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy: **Whitney Sharp**
Court Reporter: **Debra Gilbert**  Interpreter:

Attorney for Government  Attorney for Defendant(s)  Defendant(s)
Marcela Mateo  Alan Tucker

PROCEEDINGS: **Sentencing**  ☑ In Court  ☐ In Chambers

**Objections - None**
**The Court adopts the findings of fact and conclusions of applicable advisory guidelines and**
**Therefore finds total Offense Level 34 / Criminal History I / Guideline 151-188 Months /**
**5 years - life supervised release / $35,000 - $250,000 fine / $100 special assessment /**
**5 years minimum - maximum 20 years**
**Defense Witness Carl Sanders 1:08 - 1:15 / Government cross 1:15 - 1:18**
**Government 1:18 - 1:23 / Defendant 1:23 - 1:29**
**Court - BOP 96 months / 15 years supervised release / standard, special and mandatory**
**conditions of release / VTA assessment waived / no fine / $100 special assessment / no**
**firearms or dangerous weapons / DNA sample / SORNA registration and any state agency**
**requirement / subject to searches / sex offence specific treatment and comply / subject**
**to polygraph testing / not to view or possess of visual depiction of any sexually explicit**
**conduct / no access to the Internet for employment reasons or any other pre-approved**
**reasons / computer monitoring software / counts 1 and 2 dismissed / appeal waiver /**
**FCI Memphis to the extent space and security allow / recommendation to BOP for access**
**to any alcohol, drug or sex offender specific treatment / Defendant to self surrender to the**
**designated BOP facility 30 days from today by 2:00 pm.**